UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80986-CIV-DIMITROULEAS

NEIL CARLSEN, and KELLY CARLSEN,

    Plaintiffs,

vs.

ONE WEST BANK FSB,

    Defendant.
_____/

## **ORDER OF INSTRUCTIONS TO PRO SE LITIGANTS**

THIS MATTER is before the Court *sua sponte*. Noting that it is essential that the *pro se* litigants understand certain procedural information, it is

**ORDERED AND ADJUDGED** as follows:

1. No letters shall be sent to the Clerk of the Court or to any District Judge or Magistrate Judge concerning this case. All letters will be ignored. A *pro se* litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document by the Court, but no letters will receive a response. Pro se litigants **must** file conventionally, either by filing documents at the Clerk's Office during its hours of operation, or by mailing documents to the Clerk's Office. Mailing documents to any District Judge or Magistrate Judge does not substitute for conventional filing.

2. A *pro se* litigant must promptly notify the Court in writing of any change of his or her address. This notice must be provided on a paper labeled "Notice of Change of Address" and must include the case number, the litigant's name, and the new address. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of

prosecution.

3. A copy of all pleadings must be sent to counsel for the opposing side, and the notice shall include a certificate of service that a copy has been sent to counsel for the opposing side.

4. A *pro se* litigant must follow the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida. Failure to follow these rules may result in the striking of the Motion or dismissal of the case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of September, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Neil Carlsen, pro se
107 Rockingham Road
Jupiter, FL 33458

Kelly Carlsen, pro se
107 Rockingham Road
Jupiter, FL 33548