AO 440 (Rev. 04/08) Civil Summons (Page 2)

FILED by _____ D.C.

SEP 1_ 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on One West Bank
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(X) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
Andy Rhoades/Shawn #1 _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: 8-25-10

Jayne Reeves
Server's signature

JAYNE REEVES
Printed name and title

7217 West U Ave
Schoolcraft, MI 49087
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Neil & Kelly Carlsen | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. **10-80986-CIV-Dimitroulease/Snow** |
| One West Bank FSB | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

One West Bank FSB
6900 Beatrice Drive
P.O. Box 4045
Kalamazoo, MI 49003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Neil Carlsen, Pro Se
107 Rockingham Road
Jupiter, FL 33458

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **AUGUST 24, 2010**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Olivia Tompkins
Deputy Clerk
U.S. District Courts

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*