UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80986-CIV-DIMITROULEAS

NEIL CARLSEN, and KELLY CARLSEN,

    Plaintiffs,

vs.

ONE WEST BANK FSB,

    Defendant.
_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS CAUSE is before the Court upon the Defendant OneWest Bank, FSB's Motion for Extension of Time to Respond to Complaint [DE 10], filed September 15, 2010. The Court has carefully considered the instant Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion for Extension of Time to Respond to Complaint [DE 10] is hereby **GRANTED**;

2. Defendant shall file its response to Plaintiff's Complaint [DE 1] on or before September 29, 2010.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of September, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Neil Carlsen, pro se
107 Rockingham Road
Jupiter, FL 33458

Kelly Carlsen, pro se
107 Rockingham Road
Jupiter, FL 33548

One West Bank FSB
6900 Beatrice Drive
PO Box 4045
Kalamazoo, MI 49003